2565.   TATUM *v.* HUNGERFORD BRASS & COPPER COMPANY.

POWELL, J.   The case rests solely upon issues of fact, which the jury settled in favor of the defendant in error; and not only some evidence, but apparently the preponderance of the evidence, supports the verdict.   The judgment is affirmed, and the motion of the defendant in error to add damages for delay is granted.     *Judgment affirmed, with damages.*

Complaint; from city court of Sylvester—Judge Williamson. February 25, 1910.

Submitted May 18,—Decided June 14, 1910.

*J. J. Forehand,* for plaintiff in error.

*Claude Payton, C. E. Hay,* contra.